| ADAIKKAPPAN v. LINA, Daniel M. McLean, Esq. attorney work | | |
|---|---|---|
| 9/30/2016 | | Prepare LTD claim denial appeal letter for Defendant's mandatory internal appeal process |
| 9/30/2016 | | Review e-mail from Client, re Client's request to Cigna for a copy of the LTD Policy |
| 10/4/2016 | | Review e-mail and attachments from Client re Cigna failing to timely pay benefits for four months |
| 10/11/2016 | | Review e-mail from Client, providing Summary Plan Description of LTD Policy |
| 10/11/2016 | | Review LTD Policy Summary Plan Description |
| 10/11/2016 | | Review e-mail from Client, forwarding e-mail chain between Client and Cigna re Cigna's difficulty understanding McKesson's bi-monthly pay schedule |
| 10/11/2016 | | Review two e-mails from Client, re Cigna's demands for the same information over and over again |
| 10/27/2016 | | Review e-mail from Client, re Cigna's non-responsiveness to Client's request for assistance |
| 11/11/2016 | | Review e-mail from Client, re Cigna still hasn't paid first half of September 2016 |
| 11/20/2016 | | Revise LTD claim denial appeal letter for Defendant's mandatory internal appeal process |
| 12/5/2016 | | Revise LTD claim denial appeal letter for Defendant's mandatory internal appeal process |
| 1/12/2017 | | Finalize LTD claim denial appeal letter for Defendant's mandatory internal appeal process |
| 2/6/2017 | | Phone call from CIGNA Group Insurance Appeal Specialist re need for Third-Party Authorization from completion |
| 2/6/2017 | | Review e-mail from CIGNA Group Insurance Appeal Specialist memorializing phone conference and providing needed form for completion |
| 2/6/2017 | | Send e-mail to Client, asking him to complete form and return it to me |
| 2/7/2017 | | Review E-mail from Client, providing completed Third-Party Authorization form |
| 2/8/2018 | | Send e-mail to CIGNA Group Insurance Appeal Specialist, providing completed Third-Party Authorization form |
| 2/8/2017 | | Phone call from CIGNA Group Insurance Appeal Specialist asking if there is any additional documentation we want to add to record |
| 2/12/2017 | | Review 2/8/17 correspondence from CIGNA Group Insurance Appeal Specialist, wherein Specialist claims a "special circumstance" and immediate release from 45-day regulatory obligation |
| 4/2/2017 | | Review e-mail from Client, providing e-mails regarding difficulties with Cigna |
| 5/15/2017 | 0.1 | Phone conference with Client re next steps regarding Federal Court appeal |
| 5/17/2017 | 1.5 | Review Cigna's May 4, 2017 denial of benefits letter |
| 5/16/2017 | 0.2 | claim for benefits." |
| 5/24/2017 | 0.1 | Send copy of denial letter to Client |
| 6/1/2017 | 1.0 | Appear at E.D. Pa. Court admission ceremony; Clerk of Court |
| 6/13/2017 | 6.0 | Obtain and review Cigna case file consisting of only 624 pages (and w/o special deferential ACF form) |

| | | ADAIKKAPPAN v. LINA, Daniel M. McLean, Esq. attorney work |
|---|---|---|
| 7/9/2017 | 3.5 | Pre-Complaint Legal Research - review ABA ERISA Survey of Federal Circuits; review applicable law; case law; damages available; who to sue (apparent split in Circuits on that issue) |
| 9/8/2017 | 3.5 | Pre-Complaint legal research - review of recent ERISA disability claims against LINA in E.D. Pa. |
| 7/11/2017 | 4.5 | Draft Complaint |
| 7/11/2017 | 0.1 | E-mail to Client re Draft Complaint attached for review |
| 7/13/2017 | 0.1 | Review response e-mail from Client re Draft Complaint |
| 7/21/2017 | 0.1 | Phone conference with Client re Draft Complaint |
| 7/22/2017 | 0.1 | Review e-mail from Client re follow-up on 7/21 conversation |
| 8/16/2017 | 0.1 | E-mails to/from Client, setting up 4pm phone conference |
| 8/23/2018 | 0.5 | Legal research - review E.D. Pa. Local Rules |
| 8/23/2017 | 0.5 | Legal research - initial PACER research in LINA cases |
| 8/24/2017 | 0.1 | Obtain August 15 and August 31 McKesson pay stubs |
| 8/25/2017 | 0.2 | Review e-mail and attachments from Client re Cigna's encouragement to file for SSDI |
| 8/28/2017 | 1.0 | Legal research - CIGNA v. Amara; ERISA 502(a)(3) - "equitable" not legal relief; Amara expansion of equitable remedies to unjust enrichment & surcharge; fiduciary duty, misrepresentation; other case law |
| 8/30/2017 | 0.8 | Phone conference with Client re social security benefits, encouraged to file, have to leave work 30 days, Cigna works with third party to file, started @ McKesson Dec. 2013, out of work 9 mos., then gradual return, then half-time |
| 9/8/2017 | 0.1 | E-mail to Client re status update and setting up next phone conference |
| 9/8/2017 | 5.0 | Legal research - review May 23, 2013 Regulatory Settlement Agreement (Michael Consedine - Pa.); 29 CFR 2560.503-1 *et seq*.; Cal. Dept. of Ins. Exhibit A; LTD 24-month issue added to complaint |
| 9/15/2017 | 0.1 | occupation standard |
| 9/15/2017 | 0.1 | E-mails to/from Client, rescheduling phone conference to 9/21/17 |
| 9/15/2017 | 0.8 | Finish writing Complaint |
| 9/21/2017 | 0.6 | Phone conference with Client, reviewing complaint, offering five modifications & clarifications |
| 10/2/2017 | 0.1 | Receive filing fee from Client |
| 10/12/2017 | 0.1 | Phone call from A. Kline, Esq. introducing herself and requesting extension of time to respond to Compalint |
| 10/12/2017 | 0.1 | Review e-mail from A. Kline, Esq. requesting, in writing, extension of time to respond to Complaint |
| 10/12/2017 | 0.1 | Send response e-mail to A. Kline, Esq., agreeing to extension of time request |
| 10/12/2017 | 0.1 | Review reply e-mail from A. Kline, Esq. |
| 10/13/2017 | 0.1 | Review e-mail from A. Kline, Esq. re proposed stipulation extending time |
| 10/13/2017 | 0.1 | Response e-mail to A. Kline, Esq., correcting spelling of my last name |
| 10/13/2017 | 0.1 | Reply e-mail from A. Kline, Esq., re correcting spelling of my last name |
| 10/13/2017 | 0.2 | extending time |
| 10/13/2017 | 0.2 | Review Docket Entries 2, 3, and 4, Notice of Appearance on behalf of LINA. |

| ADAIKKAPPAN v. LINA, Daniel M. McLean, Esq. attorney work | | |
|---|---|---|
| 10/13/2017 | 0.1 | Review Docket Entry 5, Corporate Disclosure Statement |
| 10/16/2017 | 0.1 | Review Docket Entry 6, Stipulation and Order extending time to respond to complaint |
| 11/29/2017 | 0.1 | Review e-mail from A. Kline, Esq. re requests for employment status and paystubs from 9/15/16 to present |
| 11/29/2017 | 0.1 | Response e-mail to A. Kline, Esq. confirming Client remains working half-time status with same employer since 9/16/16; paystubs not immediately available |
| 11/29/2017 | 2.0 | Review Docket Entry 7, LINA's Motion and Memorandum to Dismiss Counts II through VI, and 36 pages of Exhibits |
| 11/29/2017 | 0.3 | Phone conference with Client re Motion to Dismiss |
| 11/30/2017 | 2.0 | Legal research - Motion to Dismiss |
| 11/30/2017 | 0.1 | Review e-mail from A. Kline, Esq. asking for Client's salary; information needed "to do a benefits calculation." |
| 11/30/2017 | 0.1 | Response e-mail to A. Kline, Esq. stating that Client will provide paystubs with salary info |
| 12/1/2017 | 0.2 | Review two e-mails from Client, providing copies of 29 paystubs |
| 12/4/2017 | 0.1 | E-mail to Client providing Motion to Dismiss Counts II through VI, setting up phone conference for 12/6/17 |
| 12/5/2017 | 0.1 | Review response e-mail from Client, confirming phone conference on 12/6/17 |
| 12/6/2017 | 0.4 | E-mail to A. Kline, Esq., providing 15 of 29 requested paystubs |
| 12/6/2017 | 0.3 | Second e-mail to A. Kline, Esq., providing the other 14 requested paystubs |
| 12/6/2017 | 0.1 | Review two response e-mails from A. Kline, Esq., acknowledging receipt of paystubs |
| 12/6/2017 | 0.7 | Phone conference with Client re Motion to Dismiss and our response |
| 12/11/2017 | 2.0 | Legal research re Motion to Dismiss Counts II through VI |
| 12/12/2017 | 0.2 | Draft response to Motion to Dismiss Counts II through VI |
| 12/13/2017 | 0.1 | E-mail to Client re decision not to contest Motion to Dismiss Counts II through VI |
| 12/13/2017 | 0.1 | Phone conference with Client re motion to dismiss response |
| 12/15/2017 | 0.1 | Review Docket Entry 9, Order dismissing Counts II through VI |
| 12/19/2017 | 0.3 | Phone conference with Client re status of case and next steps |
| 12/28/2017 | 0.1 | Review e-mail from A. Kline, Esq., requesting a one-week extension to answer Complaint, "[i]n light of the timing," and because client was "out of the office until January[.]" |
| 12/29/2017 | 0.1 | Review reply e-mail to A. Kline, Esq., agreeing to requested extension |
| 1/1/2018 | 0.1 | E-mail to Client, wishing happy new year, noting LINA's one-week extension to Answer, setting up phone conference 1/12/18 |
| 1/2/2018 | 0.1 | Review e-mail from A. Moran, Esq., providing submitted stipulation to extend time to answer Complaint, due to "the length of the Complaint" |
| 1/2/2018 | 0.1 | Review stipulation to extend time to answer Complaint |
| 1/2/2018 | 0.2 | Response e-mail to A. Moran, Esq. and A. Kline, Esq., complaining about the anauthorized change of rationale given to the Court |
| 1/2/2018 | 0.1 | Review reply e-mail from A. Kline, Esq., agreeing that "the reference to the length of the complaint" was her error |

| ADAIKKAPPAN v. LINA, Daniel M. McLean, Esq. attorney work | | |
|---|---|---|
| 1/3/2018 | 0.2 | Review Docket Entry 10, Stipulation to extend time to answer complaint |
| 1/4/2018 | 0.1 | Review response e-mail from Client, confirming phone conference on 1/12/18 |
| 1/9/2018 | 1.4 | Review Docket Entry 11, Answer to Complaint, with Affirmative Defenses; compare to Complaint |
| 1/9/2018 | 0.1 | E-mail to Client, providing copy of LINA's Answer |
| 1/10/2018 | 0.3 | Review Docket Entry 12, Order for Rule 16 Conference |
| 1/12/2018 | 0.4 | Conference |
| 1/25/2018 | 0.1 | requesting a demand |
| 1/25/2018 | 0.1 | Response e-mail to A. Kline, Esq., stating demand likely next week, after client discussion |
| 1/25/2018 | 0.1 | E-mail to Client re LINA's invitation to provide settlement demand, setting up phone conference |
| 1/25/2018 | 0.5 | Review Judge's rules |
| 1/25/2018 | 0.8 | Phone conference with Client re LINA's invitation to provide settlement demand and next steps |
| 1/27/2018 | 0.1 | Google sheets message to Client, providing shared spreadsheet based on pay stubs, to determine future benefit payments |
| 1/27/2018 | 0.1 | E-mail to Client, requesting December and January paystubs |
| 1/28/2018 | 0.2 | Review response e-mail from Client, correcting my calculations |
| 1/28/2018 | 0.1 | Review response e-mail from Client, providing December and January paystubs |
| 1/29/2018 | 0.1 | Review e-mail from Client, requesting to postpone phone conference to after 4:30pm |
| 1/29/2018 | 0.1 | Response e-mail to Client, confirming phone conference after 4:30pm, and thanking for spreadsheet |
| 1/29/2018 | 0.2 | Phone conference with Client re settlement spreadsheet |
| 1/29/2018 | 0.1 | Research into proposed interest rates for settlement calculations |
| 1/30/2018 | 0.1 | E-mails to/from Client, scheduling next phone conference |
| 1/30/2018 | 0.3 | Review e-mail from Client, providing updated spreadsheet with simple interest for requested settlement demand |
| 1/31/2018 | 0.4 | E-mail to A. Kline, Esq., providing requested settlement demand with detailed explanations for figures |
| 2/4/2018 | 0.5 | Prepare Joint Rule 16 statement |
| 2/5/2018 | 0.6 | Phone conference with Client re Joint Rule 16 Statement and next steps |
| 2/6/2018 | 0.1 | Phone conference from Client re possibility of settlement |
| 2/7/2018 | 0.2 | E-mail to A. Kline, Esq., inquiring about lack of response to settlement demand, and providing proposed Joint Rule 16 statement |
| 2/8/2018 | 0.2 | Review response e-mail from A. Kline, Esq., re summary judgment deadline, and LINA's calculations of past claimed and future benefits differing from ours |
| 2/8/2018 | 0.1 | E-mail to Client, inquiring about lowest acceptable interest payment |
| 2/8/2018 | 0.4 | Phone conference with Client about tomorrow's Conference |
| 2/9/2018 | 0.4 | Appearance at Joint Rule 16 Conference |
| 2/9/2018 | 0.2 | Post-Conference discussion with A. Kline, Esq. re LINA's calculations of past claimed and future benefits greatly differing from ours |

| ADAIKKAPPAN v. LINA, Daniel M. McLean, Esq. attorney work | | |
|---|---|---|
| 2/9/2018 | 0.8 | Phone conference with Client re discussions at and after Rule 16 Conference; possibility of trying to bring in Jenkintown disability attorneys |
| 2/10/2018 | 1.5 | Legal research - similar LINA litigation; review other summary judgment motions & memoranda; significance of LTD Policy's 24-month/SSDI clause |
| 2/12/2018 | 0.1 | Review e-mail from Client re possibility of bringing in additional counsel |
| 2/12/2018 | 0.1 | Four follow-up e-mails to/from Client, setting phone conference time for 4pm |
| 2/12/2018 | 0.2 | Review Docket Entry 15, Order for Settlement Conference |
| 2/12/2018 | 0.3 | Phone conference with Client re upcoming settlement conference, possibility of additional counsel, desire to have me maintain lead counsel role |
| 2/13/2018 | 0.2 | Legal research - phone conference with N. DeMis, Esq. (Heidrich v. LINA, 5/2/17) |
| 2/15/2018 | 0.1 | Legal research - phone conference with M. Salmanson, Esq. (referred by N. DeMis, Esq.) |
| 2/15/2018 | 0.1 | Legal research - e-mail to M. Salmanson, Esq., providing copy of LTD Policy for review |
| 2/20/2018 | 0.2 | Legal research - phone conference with M. Salmanson, Esq., discussing LTD Policy, LINA counsel, and Judges |
| 2/15/2018 | 0.3 | Review LINA's Rule 26(A)(1) Initial Disclosures |
| 2/18/2018 | 2.5 | Initial review of LINA's 1277-page Administrative Record (without exhibit list) |
| 2/22/2018 | 0.5 | Legal research - SSDI law and practice |
| 2/23/2018 | 0.6 | benefits |
| 2/23/2018 | 0.3 | Response e-mail to A. Kline, Esq., noting impossibility of LINA's calculations, and suggesting wrong calcuation used |
| 2/23/2018 | 0.1 | E-mail to Client, to set up phone conference time |
| 2/23/2018 | 1.0 | Phone conference with Client re frustration with LINA's calcluations, confirming they used incorrect formula, SSDI's List of Impairments, next steps |
| 2/23/2018 | 0.1 | Post-call follow-up e-mail to Client, providing SSDI List of Impairments, 4.00 et seq. (cardiovascular) |
| 2/26/2018 | 0.1 | E-mail to Client, asking for SSDI estimated payment amount confirmation |
| 2/26/2018 | 0.1 | Review response e-mail from Client, confirming $2088/month estimate |
| 2/27/2018 | 0.4 | Review e-mail from A. Kline, Esq., providing basis for LINA's calculations |
| 3/1/2018 | 1.4 | Reply e-mail to A. Kline, Esq., providing the *applicable* Return to Work calculation, with page numbers showing where the concepts are found in the LTD policy. |
| 3/1/2018 | 0.1 | Create LTD Settlement Calculations spreadsheet for opposing counsel |
| 3/5/2018 | 0.1 | Re-review LINA's Rule 26 production |
| 3/5/2018 | 0.1 | Re-review settlement calculations |
| 3/6/2018 | 0.3 | Review e-mail from A. Kline, Esq., claiming that LINA "copied the incorrect number into their calculation" and reaching near agreement on first 24 months theoretically payable. |
| 3/8/2018 | 0.3 | opposing counsel |
| 3/8/2018 | 0.3 | opposing counsel |

| ADAIKKAPPAN v. LINA, Daniel M. McLean, Esq. attorney work | | |
|---|---|---|
| 3/8/2018 | 0.1 | Reply e-mail to A. Kline, Esq., proposing to calculate the post-24 month, future benefits calculation for settlement discussion purposes |
| 3/8/2018 | 0.1 | Google Sheets message to Client, asking for permission to send sheet to opposing counsel for settlement purposes |
| 3/8/2018 | 0.1 | conference tomorrow |
| 3/9/2018 | 0.8 | Calculate monthly benefit payments from April 5, 2018 through March 2048; using calculated average CPI-W over prior 20 years; developing basis for total settlement offer |
| 3/9/2018 | 0.8 | Phone conference with Client re settlement spreadsheet updates with figures through March 2048 |
| 3/12/2018 | 0.1 | Review e-mail from Client, asking for phone conference on 3/13/18 instead of today |
| 3/12/2018 | 0.1 | Response e-mail to Client, setting phone conference time for 4pm on either 3/15 or 3/16 |
| 3/15/2018 | 0.1 | Review development in Cigna RICO class action in D. Conn. |
| 3/16/2018 | 0.1 | Review e-mail from Client re own occupation, any occupation, and filing for SSDI |
| 3/16/2018 | 1.5 | Phone conference with Client re finalization of settlement spreadsheet, showing detailed calculations supporting settlement figure request |
| 3/16/2018 | 0.4 | Write explanations for the settlmement calculations before sending to opposing counsel |
| 3/17/2018 | 0.2 | Review e-mail from Client, providing disability earnings from January through March 15, and updating spreadsheet |
| 3/18/2018 | 0.2 | Finalize total settlement calculation for submission to opposing counsel |
| 3/18/2018 | 0.2 | Phone conference with Client re settlement demand requested by opposing counsel |
| 3/18/2018 | 0.5 | Draft LTD Settlement Calculations for opposing counsel |
| 3/18/2018 | 0.1 | E-mail to A. Kline, Esq., with detailed settlement offer, with supporting benefit calculations, attached |
| 3/18/2018 | 0.1 | E-mail to Client, regarding 2014 medical records, seeking confirmation LINA had them in 2014 |
| 3/19/2018 | 0.1 | Review e-mail from Client, providing paystubs for February and March 15 |
| 3/22/2018 | 0.1 | E-mail to Client, asking for phone conference regarding strategy going forward |
| 3/23/2018 | 0.1 | Review response e-mail from Client, confirming phone conference at 4pm |
| 3/23/2018 | 0.4 | Phone conference with Client, discussing strategy going forward and next steps |
| 4/6/2018 | 0.2 | Review Docket Entry 16, Order re Summary Judgment motions and Oral Argument |
| 4/16/2018 | 0.2 | Review Docket; calendar Magistrate Judge deadline |
| 4/16/2018 | 4.0 | Review approximately one-third of 1277-page Administrative Record lacking exhibit list; summarize contents |
| 4/17/2018 | 4.0 | Review 2nd third of 1277-page Administrative Record; summarize contents |
| 4/18/2018 | 4.0 | Review last third of 1277-page Administrative Record; summarize contents |
| 4/19/2018 | 1.0 | Begin Settlement Conference submission |
| 4/19/2018 | 0.5 | Begin Summary Judgment memorandum |
| 4/20/2018 | 1.0 | Continue Settlement Conference submission |

| ADAIKKAPPAN v. LINA, Daniel M. McLean, Esq. attorney work | | |
|---|---|---|
| 4/20/2018 | 0.5 | Continue Summary Judgment memorandum |
| 4/23/2018 | 0.1 | Review e-mail from Magistrate Judge Heffley re settlement conference summaries |
| 4/23/2018 | 0.1 | E-mail to Client, seeking telephone meeting time |
| 4/24/2018 | 0.1 | Review response e-mail from Client, indicating he would call |
| 4/24/2018 | 0.6 | Phone conference with Client re upcoming settlement conference, outstanding settlement demand, briefing and expected legal process; differences from India, etc. |
| 4/24/2018 | 0.1 | E-mail from Client, providing printout of SSDI estimated benefit amount for settlement conference purposes |
| 4/26/2018 | 0.2 | Review e-mail from A. Kline, Esq., responding to 3/18/18 settlement demand |
| 4/27/2018 | 0.3 | Reply e-mail to A. Kline, Esq., responding to four points raised in A. Kline, Esq.'s 4/26/18 e-mail |
| 4/27/2018 | 0.2 | Review e-mail from Client, offering clarification on Dependent Benefits, notes from SSA phone conference and question re family maximum |
| 4/27/2018 | 0.2 | Review e-mail from Client, noting SSDI List of Impairments 5.08, 4.11, and 9.00 with osteopenia, with corroborating lab results |
| 4/30/2018 | 3.5 | Finalize Settlement Conference submission for Client review |
| 5/1/2018 | 0.2 | Settlement Conference Prep: Reduce future earnings calculations to present-day value (PDV) for Settlement Conference; calculate LINA liability as AGDB minus 150% of SSD |
| 5/1/2018 | 0.2 | Settlement Conference Prep: Further calculations to PDV as 62% of total liability (using lottery lump sum reduction formula) |
| 5/1/2018 | 0.1 | E-mail to A. Kline, Esq., asking if LINA would consent to allowing Client to participate via teleconference in mandatory Settlement Conference |
| 5/1/2018 | 0.1 | Response e-mail from A. Kline, denying request to allow Client to participate remotely in the mandatory Settlement Conference |
| 5/1/2018 | 0.1 | E-mail to Client, providing copy of Settlement Conference Memorandum for review |
| 5/1/2018 | 0.1 | Review response e-mail from Client re possible employer termination of health benefits and scheduling phone conference for 8pm |
| 5/1/2018 | 0.1 | Response e-mail to Client re SSDI list of impairments, recent BMI records, skin ulcerations |
| 5/1/2018 | 1.1 | Phone conference with Client re settlement conference memorandum and strategy for next steps |
| 5/2/2018 | 0.3 | Review reply e-mail from Client re inquiry with Riddle vascular clinic re BMI, adrenals and low BP, and venous stasis/brawny edema, and providing recent medical records |
| 5/2/2018 | 0.2 | Review 2nd reply e-mail from Client re BMI, ulcerations, brawny edema, response from Crozer vascular clinic, and providing additional medical record |
| 5/2/2018 | 0.2 | Submit Settlement Conference Summary and Memorandum via e-mail to Magistrate Judge Heffley |
| 5/2/2018 | 0.1 | Review reply e-mail from Magistrate Judge Heffley, acknowledging receipt of submission |

| ADAIKKAPPAN v. LINA, Daniel M. McLean, Esq. attorney work ||  |
|---|---|---|
| 5/2/2018 | 0.4 | Phone conference with Client re SSDI list of impairments, and recent medical record requests and responses |
| 5/4/2018 | 0.1 | Review e-mail from A. Kline, Esq., noting LINA's pre-conference settlement offer |
| 5/4/2018 | 0.1 | Reply e-mail to A. Kline, Esq., thanking for offer |
| 5/4/2018 | 0.2 | E-mail to Client re LINA's pre-conference settlement offer, possible next steps |
| 5/5/2018 | 0.1 | E-mail from Client re LINA's offer |
| 5/7/2018 | 0.1 | Settlement Conference |
| 5/7/2018 | 0.1 | Response e-mail to Client, noting a couple of points about formalities, and setting up phone conference for 5/8/18 afternoon |
| 5/8/2018 | 0.2 | Review e-mail from Client, providing images showing 60-month "any occupation" language before SSDI mandate, and annual CPI-W increaase |
| 5/8/2018 | 0.4 | Phone conference with Client re tomorrow's mandatory Settlement Conference and associated formalities |
| 5/9/2018 | 1.0 | Prehearing discussion with Client *en route* to courthouse, preparation for same |
| 5/9/2018 | 0.7 | Appearance at Settlement Conference with Magistrate Judge Heffley |
| 5/9/2018 | 0.1 | Review e-mail re Docket Entry 17, Settlement Conference Minute Entry |
| 5/9/2018 | 0.9 | Phone conference with Client re debriefing Settlement Conference and strategizing next steps |
| 5/17/2018 | 0.9 | Phone conference with Client re surgery contraindication, progressive nature of vascular condition |
| 5/18/2018 | 0.1 | Review e-mail from Client, noting employer switch to different LTD carrier |
| 5/20/2018 | 8.0 | Organize 1277-page Administrative Record without exhibit list into chronological order |
| 5/22/2018 | 0.2 | Review AR0304 and 0333 - the only way to know if qualifying for SSDI is to apply; denial overturned |
| 5/23/2018 | 0.2 | Figure out difference in roles between Cigna employees E. Contreras, N. Contreras & S. Burns |
| 5/25/2018 | 2.0 | Legal research - burden of A.R. production, exhibits; LINA state regulatory sanctions |
| 5/26/2018 | 1.1 | Draft argument against ACF applicability |
| 5/26/2018 | 6.1 | Write Statement of Facts Not Genuinely in Dispute |
| 5/26/2018 | 5.3 | Write Memorandum for Summary Judgment |
| 5/27/2018 | 3.1 | Finish writing Memorandum for Summary Judgment |
| 5/28/2018 | 0.1 | E-mail to Client, attaching for review Memorandum and Statement of Facts, requesting recent medical record re BMI & Osteopenia |
| 5/29/2018 | 0.1 | Response e-mail from Client, setting up time for phone conference to discuss Summary Judgment Memorandum |
| 5/29/2018 | 0.1 | Reply e-mail to Client, seeking better quality scan with PII re BMI |
| 5/29/2018 | 0.2 | Review post phone conference e-mail from Client, wherein Client quotes key passages of 12 pages of Administrative Record from his review of the A.R. |
| 5/29/2018 | 0.2 | Review 2nd post phone conference e-mail from Client, detailing his progression of venous insufficiency with references to 7 pages of the A.R. |

| **ADAIKKAPPAN v. LINA, Daniel M. McLean, Esq. attorney work** |||
|---|---|---|
| 5/29/2018 | 0.1 | Review two response e-mails from Client, providing improved quality scans - BMI report and Osteopenia findings |
| 5/29/2018 | 1.0 | Phone conference with Client, going over Summary Judgment Motion and Memorandum |
| 5/30/2018 | 0.1 | File Motion for Summary Judgment and exhibits |
| 5/30/2018 | 4.0 | Review LINA's Motion for Summary Judgment and exhibits |
| 5/31/2018 | 0.2 | Memoranda for review |
| 6/1/2018 | 0.1 | Legal research - availability of California law |
| 6/1/2018 | 0.6 | Phone conference with Client, going over LINA's Summary Judgment Memorandum |
| 6/2/2018 | 2.0 | Legal research - undated ACF, no effective date; illegal in California (McKesson HQ); can Cal. company avoid Cal. law; Can "Plan document" circumvent Cal. insurance law, or must Cal. law apply to Cal. insurance policy |
| 6/4/2018 | 0.1 | Review e-mail from A. Moran, Esq., requesting consent to joint motion to file administrative record under seal |
| 6/4/2018 | 0.1 | Response e-mail to A. Moran, Esq., agreeing to request to file administrative record under seal |
| 6/4/2018 | 0.1 | Review Docket Entry 20, Joint Motion for Leave to File Documents Under Seal |
| 6/5/2018 | 3.0 | Legal research - EDGAR research into Defendant ownership and executive leadership; discover Gregory Wolf left company before LTD policy issued, CIGNA 8-K, Item 1.01, 12/8/05, Item 10.3; therefore G. Wolf could not have signed ACF *after* policy issued, because G. Wolf terminated *before* policy issue date |
| 6/6/2018 | 2.5 | Draft Response to Defendan't s Motion for Summary Judgment |
| 6/7/2018 | 2.5 | Continue drafting response to Defendant's Motion for Summary Judgment |
| 6/8/2018 | 0.1 | Review e-mail from Client, providing recent medical report with list of medical conditions |
| 6/8/2018 | 0.5 | Phone conference with Client re upcoming Response Memorandum; review and recommendations |
| 6/13/2018 | 0.1 | File Docket Entry 21 - Plaintiff's Response to Defendant's Motion for Summary Judgment with exhibits |
| 6/13/2018 | 0.2 | Phone conference with Client re briefing and next steps |
| 6/13/2018 | 2.5 | Review Docket Entry 22 - Defendant's Response to Plaintiff's Motion for Summary Judgment and exhibit |
| 6/14/2018 | 0.2 | E-mail to Client, providing copies of Plaintiff's and Defendant's Response Memoranda for review, setting time for phone conference |
| 6/14/2018 | 2.5 | Judgment and exhibit |
| 6/14/2018 | 0.1 | Review Docket Entry 23 - Order granting motion to file administrative record under seal |
| 6/15/2018 | 0.1 | Review response e-mail from Client, confirming time for phone conference |
| 6/15/2018 | 0.5 | Phone conference with Client, going over LINA's Response Memorandum |
| 6/18/2018 | 0.1 | sent in February |

| | | ADAIKKAPPAN v. LINA, Daniel M. McLean, Esq. attorney work |
|---|---|---|
| 6/18/2018 | 0.1 | Response e-mail to A. Kline, Esq., providing a copy of the fax transmission and report |
| 6/20/2018 | 0.6 | Review Docket Entry 25 - Defendant's Reply Brief |
| 6/20/2018 | 0.2 | Review LTD Summary Plan Description for Reply Brief preparation |
| 6/20/2018 | 4.1 | Write Plaintiff's Reply Brief |
| 6/20/2018 | 0.1 | File Docket Entry 26 - Plaintiff's Reply Brief |
| 6/21/2018 | 0.2 | Phone conference with Client re filing Reply Brief late last night |
| 6/22/2018 | 0.1 | E-mail Client, providing Plaintiff's and Defendant's Reply Memoranda for review |
| 6/22/2018 | 0.1 | Review response e-mail from Client, setting time for phone conference to discuss |
| 6/22/2018 | 0.1 | Review e-mail from Client, rescheduling phone conference |
| 6/23/2018 | 0.9 | Phone conference with Client re upcoming Oral Agument, preparation, strategy, Court customs and formalities |
| 6/26/2018 | 0.3 | Phone conference with Client re family attendence pros and cons |
| 6/26/2018 | 1.0 | Discussion wth Client *en route* to Courthouse re plan, strategy, formalities |
| 6/26/2018 | 1.0 | Appear at Oral Argument |
| 6/26/2018 | 1.0 | Discussion with Client on way home from Courthouse, debriefing the Oral Argument proceedings |
| 7/24/2018 | 0.1 | E-mails to/from Client, scheduling time for status update phone conference |
| 7/26/2018 | 0.3 | Phone conference with Client re status update, anticipated outcome timeframe |
| 8/2/2018 | 0.1 | E-mails to/from Client, planning next status update for mid-August |
| 8/16/2018 | 0.1 | E-mails to/from Client, rescheduling next status update for late August |
| 8/24/2018 | 0.1 | Phone conference with Client re status of case |
| 8/28/2018 | 0.6 | Phone conference with Client re SSDI application, SSI benefits, question re marriage type, ERISA status |
| 9/25/2018 | 0.1 | Phone conference with Client re status of case unchanged |
| 10/5/2018 | 0.1 | Phone conference with Client re status of case unchanged |
| 10/19/2018 | 0.1 | SMS text to Client, sorry missed your call, no update to status |
| 10/30/2018 | 0.1 | Phone conference with Client re status of case unchanged |
| 11/15/2018 | 0.1 | Phone conference with Client re status of case unchanged |
| 12/7/2018 | 0.1 | E-mail to Client, status of case unchanged |
| 12/21/2018 | 0.1 | Phone conference with Client re status of case unchanged |
| 1/4/2019 | 0.1 | Phone conference with Client re status of case unchanged |
| 1/25/2019 | 0.1 | Phone conference with Client re status of case unchanged |
| 2/1/2019 | 0.1 | Review Docket Entry 28 - LINA's Corporate Disclosure Statement Form |
| 2/1/2019 | 0.3 | Phone conference with Client re update in case and strategy going forward |
| 2/18/2019 | 0.1 | SMS text to Client, setting up status update phone conference time |
| 2/19/2019 | 0.2 | Phone conference with Client re case status |
| 3/20/2019 | 0.1 | SMS text to Client, setting up status update phone conference time |
| 3/21/2019 | 0.3 | Phone conference with Client re case status and next steps |
| 3/22/2019 | 0.1 | Phone call to Chief Judge's Chambers, inquiring about status, informed Order mailed out yesterday |
| 3/22/2019 | 0.1 | Review E-mail from ECF System, indicating Plaintiff's Motion Granted |
| 3/22/2019 | 0.1 | Phone conference with Client, explaining outcome of case, next steps |

| | | ADAIKKAPPAN v. LINA, Daniel M. McLean, Esq. attorney work |
|---|---|---|
| 3/22/2019 | 0.1 | SMS texts to/from Client, explaining could not provide documents as planned because under seal, will provide as soon as possible |
| 3/22/2019 | 0.1 | E-mail to Client, forwarding ECF e-mail for confirmation of outcome, setting up time for phone conference |
| 3/22/2019 | 0.3 | Follow-up Phone conference with Client, explaining outcome and next steps |
| 3/22/2019 | 0.1 | Review e-mail from Client, noting that 3rd round of SSDI claim review is complete, and decision letter to be mailed soon |
| 3/25/2019 | 1.5 | Review Memorandum Opinion received in mail |
| 3/25/2019 | 0.3 | Phone conference with Client re SSDI - QR finished, benefits payable 7th month after filing date of 7/14/18 |
| 3/25/2019 | 0.1 | E-mail to Client, providing copy of sealed Memorandum Decision with instructions not to share with others at this time |
| 3/26/2019 | 0.3 | E-mails to/from Client, asking for paystubs from March 30 2017 to April 15, 2018, info on any other gov't benefits rec'd up to 4/6/18 and beyond |
| 3/26/2019 | 0.2 | E-mails to/from Client, providing shareable Order, and agreeing to timetable for producing needed information |
| 3/27/2019 | 0.1 | Phone conference with Client, stating that SSDI monthly benefit will be $2090.00, retroactive to January 2019 (filed Jul. 2018), should receive formal approval letter in 1-2 weeks. |
| 3/31/2019 | 3.0 | Draft Declaration in Support of Motion and Memorandum for Attorneys Fees and Costs |
| 3/31/2019 | 3.0 | Legal research - ERISA attorney fee awards |
| 4/1/2019 | 3.0 | Draft Memorandum for Attorneys Fees and Costs |
| 4/1/2019 | 3.0 | Further legal research - reasonable rates and hours |
| 4/2/2019 | 3.0 | Further draft Memorandum for Attorneys Fees and Costs |
| 4/3/2019 | 2.0 | Finalize Memorandum for Attorneys Fees and Costs |
| | | |
| | | |
| $425/hr x | 181.7 | $77,222.50 |