UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VIJAY MURUGESH ADAIKKAPPAN,<br><br>Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>Defendant. | C.A. No. 2:17-cv-04351-JS |

## ORDER

AND now this _____ day of _____. 2015, after full consideration of Plaintiff's Motion for Award of Attorney Fees and Costs and subsequent related briefing, it is hereby **ORDERED** that Plaintiff's Motion for Award of Attorney Fees and Costs is **GRANTED** in its entirety. Defendant shall pay Plaintiff's attorney fee of $77,222.50, as well as Plaintiff's litigation costs of $691.87. Defendant shall issue these payments directly to Plaintiff's counsel within thirty days (30) of this Order, at the following address:

> Daniel M. McLean, Esquire
> 225 Cornell Avenue
> Swarthmore, PA 19081

IT IS SO ORDERED:

_____
Juan R. Sánchez, C.J.